

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/2/2021

# Stein | Saks, PLLC

YAAKOV SAKS ▲ ▪ *
JUDAH STEIN ▲ ▪
ELIYAHU BABAD ▲ ▪
RAPHAEL DEUTSCH ^
DAVID FORCE ▲ ▪
NAKICHA JOSEPH ▲
MARK ROZENBERG ▪
KENNETH WILLARD ▲ ▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

February 2, 2021

**Via CM/ECF**
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York

    Re:    **Angeles vs HME Medical Shop LLC**
              **Case #: 1:20-cv-9980**

Dear Judge Vyskocil:

We represent the plaintiff in the above matter. We write jointly with Defendant to respectfully request that the initial conference currently scheduled for February 12, 2021, at 11:00am be adjourned until after the Mediation Conference that is scheduled for February 17, 2021. At this time, the parties are focusing considerable efforts on the mediation and are optimistic that it will be successful.

This is the first request for an adjournment. The parties request the following new dates for the initial conference: March 2, 5, 10, 11, or 12, 2021.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ Mark Rozenberg*
Mark Rozenberg, Esq.

cc:    All Counsel of Record via ECF

---

The Initial Pretrial Conference scheduled for February 12, 2021, at 11:00 AM is adjourned to March 5, 2021, at 11:00 AM. The parties are reminded to file a status letter within five business days of the mediation [*see* ECF No. 11].
SO ORDERED.

Date: 2/2/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge