```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JENISA ANGELES, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

HME MEDICAL SHOP, LLC,

                Defendant.

1:20-cv-09980-MKV

ORDER OF DISMISSAL

---

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a report from the mediator dated February 18, 2021, informing the Court that the parties have reached a settlement in principle. Accordingly, IT IS HEREBY ORDERED the Initial Pretrial Conference scheduled for March 5, 2021, at 11:00 AM is adjourned *sine die*. IT IS FURTHER ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **March 20, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: February 18, 2021
      New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
United States District Judge