UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENISA ANGELES, on behalf of herself and all others similarly situated,<br><br>                                      Plaintiffs,<br><br>    -against-<br><br>HME MEDICAL SHOP, LLC,<br><br>                                      Defendant. | Case No.: 20-cv-9980-MKV<br><br>**STIPULATION OF DISCONTINUANCE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice, as against defendant, HEROLD'S PHARMACY, LLC i/s/h/a HME MEDICAL SHOP, LLC, and on the merits, without costs or attorney's fees, to any party as against the other.

**IT IS FURTHER AGREED**, that this Stipulation may be executed simultaneously in one or more counterparts, each of which shall be deemed to be an original, but all of which shall constitute the same instrument.  Any copy or electronic signature contained herein shall be deemed as an original. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:  Islandia, New York
         April 19, 2021

| | |
|---|---|
| _____<br>Mark Rozenberg, Esq.<br>STEIN SAKS, PLLC<br>*Attorneys for Plaintiff*<br>285 Passaic Street<br>Hackensack, New Jersey 07601<br>201.282.6500<br>E-mail: mrozenberg@steinsakslegal.com | _____<br>Annemarie S. Jones, Esq.<br>LEWIS JOHS AVALLONE AVILES, LLP<br>*Attorneys for Defendant*<br>HEROLD'S PHARMACY, LLC i/s/h/a<br>HME MEDICAL SHOP, LLC<br>One CA Plaza, Suite 225<br>Islandia, New York 11749<br>631.755.0101<br>E-mail: asjones@lewisjohs.com |